IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE BRIGGS,

        Plaintiff,

  v.

CITY OF PITTSBURG; CAPTAIN
COLEDENTON; ARRON K.
BAKER; OFFICER BRANDON
BUTTS; DEPUTY MARTINEZ;
RICHARDSON;

        Defendant.
_____/

No. C 19-1121 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil rights action filed under 42 U.S.C. § 1983 by a jail inmate proceeding pro se on February 28, 2019. That same day a notice was mailed to plaintiff at the address he provided informing him that he must pay the filing fee or file an application to proceed in forma pauperis. On April 1, 2019, the postal service returned the notice as undeliverable because plaintiff was not located at the address he provided. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: July __8___, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE